UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KHAIRUL KHAN, | ) | 3:14-cv-00487-LRH-VPC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 21, 2015 |
| | ) | |
| SOUTHWESTERN FURNITURE OF WISCONSIN, LLC, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's Request for Exemption For Insurance Carrier to Attend Early Neutral Evaluation Session. (Doc. # 21.)  Defendants represent that Southwestern Furniture of Wisconsin, LLC (SWF) has a significant insurance retention threshold which exceeds the amount of Plaintiffs' claims and that SWF's Senior Employment Counsel Sheila Luken will be in attendance at the ENE with binding authority to settle the matter on behalf of SWF.

With good cause appearing, Defendant's request (Doc. # 21) is **GRANTED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk